Appellate Division, 84. All concurred, except Williams, J., dissenting.

Patrick F. Larkins, Respondent, v. Dunkirk Savings and Loan Association and Andrew Dotterweich, Appellants, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

William H. Gibson, as Executor, etc., of William Gibson, Deceased, Respondent, v. Hollis J. Tyler, Appellant.— Judgment affirmed, with costs. All concurred.

Alice M. Everson, Appellant, v. Timothy Hefferman, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concurred.

Emma S. Churchill, as Administratrix, etc., v. The City of Buffalo.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concurred.

William H. Johnson, as Administrator, etc., v. Rochester Railway Company.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concurred.

George Spink, Respondent, v. Anna Corning, Impleaded, etc., Appellant.— Motion for reargument denied, with ten dollars costs. All concurred.

Fitzhugh A. Cheesebro, Respondent, v. Anna Corning, Appellant.— Motion for reargument denied. All concurred.

Ball & Wood Company, Plaintiff, v. Louis K. Comstock and General Electric Company, Defendants.— Motion to dismiss appeal denied, with ten dollars costs. All concurred.

Minnie M. Allen, Respondent, v. The Town of Allen, Appellant.— Judgment and order affirmed, with costs. All concurred.

The W. L. Johnson Company, Appellant, v. Wictor J. Machowicz.— Order affirmed, with costs. All concurred.

Joseph Langdon, Respondent, v. Hawley Salt Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ann McDermott, as Administratrix, etc., of Patrick McDermott, Deceased, Respondent, v. The Furnaceville Iron Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Herman Nicholson, by Guardian, etc., Respondent, v. Jonathan Sternberg, Impleaded, etc., Appellant.— Motion granted and this court certifies that a question of law has arisen in the case which in its opinion ought to be reviewed by the Court of Appeals and, therefore, allows an appeal to that court. (See *Young* v. *Fox*, 155 N. Y. 615.) All concurred.

George T. Mosley, Appellant, v. Louis Debo, Impleaded, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. All concurred.